Prisoner Number/Alien Registration Number  114690

Place of Confinement  KENTUCKY ST REFORMATORY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

FILED
VANESSA L. ARMSTRONG, CLERK
JAN 0 4 2016
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

DENNIS J MIRACLE,
(Full Name of Petitioner)

Petitioner,

vs.

KSR WARDEN AARON SMITH,
(Name of Warden, Jailer, or Authorized
Person having custody of Petitioner)

Respondent(s),

CASE NO. 3-15-cv-760-DJH
(To be supplied by the Clerk)

**PETITION UNDER 28 U.S.C. § 2241
FOR A WRIT OF HABEAS CORPUS**

☐ AMENDED PETITION

**PETITION**

1. What are you challenging in this petition?

   ☐ Conviction or sentence
   ☒ Bureau of Prisons sentence calculation or loss of good-time credits
   ☒ Probation, parole, or supervised release matter
   ☐ State pre-trial detention
   ☐ Detainer
   ☐ Immigration detention
   ☐ Other (explain): _____

2. (a) Name and location of the agency or court that made the decision you are challenging: KSR LaGrange KY

   (b) Case or opinion number: _____

   (c) Decision made by the agency or court: Took 638 DAYS GOODTIME

   (d) Date of the decision: BEST OF MY KNOWLEDGE 2012,13 AN SOME 14

Created April 2011

3. Did you appeal the decision to a higher agency or court? Yes ☐ No ☑
   If yes, answer the following:

   (a) First appeal:
   (1) Name of the agency or court: GRIEVANCE OFFICER KSR WARDEN
   (2) Date you filed: _____
   (3) Opinion or case number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____
   _____
   _____

   (b) Second appeal:
   (1) Name of the agency or court: CAMISSIONER LADONNA THOMPSON
   (2) Date you filed: _____
   (3) Opinion or case number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____
   _____
   _____

   (c) Third appeal:
   (1) Name of the agency or court: _____
   (2) Date you filed: _____
   (3) Opinion or case number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____
   _____
   _____

4. If you did not appeal this decision to a higher agency or court, explain why you did not: DUE TO WOLF VS MCDONALD KSR DOES NOT SUPPOSE TO TAKE GOOD TIME

5. Other than the appeals listed above, have you filed any other petitions, applications or motions concerning the issues raised in this petition?   Yes ☐   No ☑

If yes, answer the following:

(a) Name of the agency or court: _____
(b) Date you filed: OCT 2012
(c) Opinion or case number: 314
(d) Result: SING AN DOCUMENT TO US DISTRICT COURT
(e) Date of result: _____
(f) Issues raised: I WAS ASSAULTED BY STAFF KSR HAD MY GOOD TIME OF OVER 2 YRS TOOK IN SEG-RIGATION COURT CALLS ON UNJUST CHARGES

6. For this petition, **state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.** Attach additional pages if you have more than four grounds. State the **facts** supporting each ground.

CAUTION: <u>To proceed in the federal court, you must ordinarily first exhaust (use up) any available administrative or judicial remedies on each ground on which you requested action by the federal court.</u>

**GROUND ONE:** GOOD TIME LOSE 639 DAYS AN MY 8 SEPERATE ASSAULT AN BATTERY CHARGES AGAINST KSR STAFF

(a) Supporting FACTS (State *briefly* without citing cases or law): SUPREME CO URT USA RULING NO GOOD TIME TO BE TOOK AN ALSO MY 8TH AMEND MENT RIGHT CRUEL PUNISHMENT TO HANDY CAP INMATE

Created April 2011                     3

(b) Did you exhaust all available administrative or judicial remedies relating to Ground One?  Yes ☒  No ☐

(c) If yes, did you present the issue to:
- ☐ Federal court
- ☒ Bureau of Prisons
- ☒ Parole Commission
- ☐ State court
- ☐ Board of Immigration Appeals
- ☐ Other: _____

(d) If you did not exhaust all available remedies relating to Ground One, explain why:
I ALSO CONTACTED COMMISSION ER OF KENTUCKY STATE PRISON IN FRANKFORT KY LADONNA THOMPSON MORE THAN TWISE IN 2012 ALSO 13

**GROUND TWO:** _____

(a) Supporting FACTS (State briefly without citing cases or law):
I HAVE FILED CIVIL CHARGES CASE 3:12 CV P690 TO JUDGE JOE SEPH MCKINLEY BASED ON MY EIGHTH AN FOURTEENTH AMENDMENT RIGHTS HAS ALL BEEN DOCUMENTED US DISTRICT COURT LOUISVILLE KY BUT HAVE BEEN REFUSED MY DAY IN COURT TO DEFEND MY CHARGES ALREADY FILED ON KSR

(b) Did you exhaust all available administrative or judicial remedies relating to Ground Two?  Yes ☒  No ☐

(c) If yes, did you present the issue to:
- ☐ Federal court
- ☐ Bureau of Prisons
- ☐ Parole Commission
- ☐ State court
- ☐ Board of Immigration Appeals
- ☐ Other: _____

(d) If you did not exhaust all available remedies relating to Ground Two, explain why: __

_____
_____
_____
_____
_____

**GROUND THREE:** _____

_____
_____
_____

(a) Supporting FACTS (State *briefly* without citing cases or law): _____

_____
_____
_____
_____
_____

(b) Did you exhaust all available administrative or judicial remedies relating to Ground Three?   Yes ☒   No ☐

(c) If yes, did you present the issue to:
- ☐ Federal court
- ☐ Bureau of Prisons
- ☐ Parole Commission
- ☐ State court
- ☐ Board of Immigration Appeals
- ☐ Other: _____

Created April 2011                         5

(d) If you did not exhaust all available remedies relating to Ground Three, explain why: __

_____
_____
_____
_____
_____

**GROUND FOUR:** _____

_____
_____
_____

(a) Supporting FACTS (State *briefly* without citing cases or law): _____

_____
_____
_____
_____
_____

(b) Did you exhaust all available administrative or judicial remedies relating to Ground Four?   Yes ☐   No ☐

(c) If yes, did you present the issue to:
  ☐ Federal court
  ☒ Bureau of Prisons
  ☒ Parole Commission
  ☐ State court
  ☐ Board of Immigration Appeals
  ☐ Other: TO BEST MY ABILITY

(d) If you did not exhaust all available remedies relating to Ground Four, explain why: __

_____
_____
_____
_____
_____

**Please answer these additional questions about this petition:**

7. Are you challenging your conviction or sentence in any of the grounds raised above:
   Yes ☐   No ☒

(Claims challenging a federal conviction or sentence may only be raised in a Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, unless the § 2255 motion is legally inadequate or ineffective. Claims raised by any state prisoner who has been convicted and sentenced must be raised in a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254.)

   If yes, answer the following:

   (a) Have you filed a motion under 28 U.S.C. § 2255?   Yes ☐   No ☒

   If yes, answer the following:

   (1) Name of court: _____
   (2) Date you filed: _____
   (3) Case number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____
   _____
   _____

   (b) Explain why the remedy under § 2255 is inadequate or ineffective: _____
   _____
   _____
   _____
   _____
   _____

8. If this case concerns immigration removal proceedings, answer the following:

   (a) Date you were taken into immigration custody: _____
   (b) Date of removal or reinstatement order: _____
   (c) Did you file an appeal with the Board of Immigration Appeals?   Yes ☐   No ☐

   (1) Date you filed: _____
   (2) Case number: _____
   (3) Result: _____
   (4) Date of result: _____

Created April 2011                      7

(5) Issues raised: _____
_____
_____

9. If this petition concerns your pre-trial custody by the Commonwealth of Kentucky, answer the following:
    (a) Date you were arrested: NOVEMBER 30 2009
    (b) Charge(s) brought: POSSETION FIREARM
    (c) Projected date of your trial: _____
    (d) Are you represented by counsel?   Yes ☐   No ☒
    (e) Have you raised your claims in the state court?   Yes ☐   No ☒
    If yes, answer the following:
        (1) Name of court: _____
        (2) Date you filed: _____
        (3) Case number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____
_____
_____

10. Petitioner asks that the Court grant the following relief: _____
_____
_____
_____
_____
_____
_____
_____

or any other relief to which petitioner may be entitled.

                                                                           _____
                                                                     Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on

_____12-29-15_____.
(month, date, year)

Executed (signed) on __12-29-2015__.
(date)

_____DENNIS NYMACK  174890_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____

_____

_____

DJ MIRACLE 144890
KSR
LAGRANGE KY 40032

US DISTRICT COURT
601 W BROADWAY
LOUISVILLE KY 40202-2249



LOUISVILLE KY 400
30 DEC 2015 PM 3 L

**FILED**
VANESSA L. ARMSTRONG, CLERK

JAN 0 4 2016

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

4020222499