**United States District Court**
**Western District of Kentucky**

**MEMORANDUM**



**To:**  **Dennis James Miracle**
#144890
Kentucky State Reformatory
3001 W. Hwy. 146
LaGrange, KY 40032

**From:** Office of the Clerk

**Date:** August 16, 2016

**Re:** 3:15-cv-00760-DJH-CHL, DN 13, Letter

---

Your letter (DN 13) sent to the Honorable Judge David J. Hale has been forwarded to the Clerk's Office for a response. You ask for help regarding claims that the Kentucky State Reformatory has taken half of the money sent to you by your sister; that you have been "refused a state pay job since [] being incarserated"; that you are being charged for medical visits and medication; and that you should be reimbursed for missing property.

The Clerk's Office cannot give legal advice, and the Court cannot get involved in a dispute unless a formal legal action is properly filed before the Court. Should you choose to file an action in this Court, enclosed is a packet for filing a civil-rights action pursuant to 42 U.S.C. § 1983.

No further action will be taken regarding your letter.

Enclosure (§ 1983 packet)
005